THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Charles Brown,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Wasatch Valley Pizza, LLC,<br><br>　　　　　　　Defendant. | CASE NO: 2:25-cv-00180-DBB-DBP<br><br>Judge David Barlow |

### ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND DISMISSAL OF PLAINTIFF'S CLAIMS

The parties having submitted their Joint Motion for Court Approval of Settlement and Dismissal of Plaintiff's Claims, and the Court having reviewed the motion, the exhibits thereto, and any argument of counsel is of the opinion that it should be and hereby is GRANTED.

It is therefore ORDERED as follows:

The Parties' Settlement Agreement is APPROVED and Defendant is ordered to make payments as described in the Parties' Settlement Agreement.

This case and Mr. Brown's individual claims asserted in this case on his own behalf, are DISMISSED WITH PREJUDICE, with each Party to bear its own costs.

IT IS SO ORDERED.

　　　　Signed October 1, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David Barlow
　　　　　　　　　　　　　　　　　　United States District Judge